IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02040-PSF-OES

KEMAL WOODS;
QUINTON SMITH;
ASSEFA MOLLA; and
GIZACHEW GOSAYE,

      Plaintiff,

v.

AMPCO SYSTEM TRANSPORTATION, INC., a Colorado foreign corporation,

      Defendant.

## ORDER DENYING "REQUEST" TO SUBSTITUTE AFFIDAVIT

This matter is before the Court on defendant's Request to Substitute Affidavit (Dkt. # 11).  The "Request" is clearly a motion and is subject to the requirements to which motions are subject under the Court's Local Rules.  It is, therefore,

ORDERED that the motion is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A, which states:

> **Duty to Confer.**  The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the appropriate format, will

be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: January 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge