IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02040-PSF-OES

KEMAL WOODS;
QUINTON SMITH;
ASSEFA MOLLA; and
GIZACHEW GOSAYE,

    Plaintiffs,

v.

AMPCO SYSTEM TRANSPORTATION, INC.,
a Colorado foreign corporation,

    Defendant.

---

**ORDER RE UNOPPOSED MOTION TO SUBSTITUTE AFFIDAVIT
AND CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR 7.1A**

---

This matter having come before this Court upon Defendant Ampco System Transportation, Inc.'s ("Ampco") Unopposed Motion to Substitute Affidavit and Certificate of Compliance with D.C.Colo.LCivR 7.1A, and the Court having been so advised in the Premises, it is hereby

ORDERED that Defendant's Motion to Substitute Affidavit is hereby GRANTED. Said Affidavit of Diane Layne will be accepted and substituted with the previous unsigned affidavit filed with the Defendant's Motion to Dismiss and/or for Summary Judgment as Exhibit B.

DATED: January 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge