IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02040-PSF-MEH

KEMAL WOODS, *et al.,*

    Plaintiffs,

vs.

AMPCO SYSTEM TRANSPORTATION, INC.,

    Defendant.

_____

### ORDER ON PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT
_____

Plaintiffs have filed a Motion to File the Attached First Amended Complaint (Docket #23) ("Motion to Amend"). This motion has been referred to this Court by United States District Judge Phillip Figa. Defendant has filed its response and Plaintiff their reply. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants** the Motion to Amend.

**I.   Facts**

Plaintiffs are current or former wage employees of Defendant, which operates shuttle buses at or near Denver International Airport. This action alleges individual and class violations of the Fair Labor Standards Act, as well as claims under the Colorado Wage Claim Act. Defendant has filed a motion to dismiss and/or for summary judgment on Plaintiffs' original complaint. Plaintiffs now move to amend their complaint to drop claims of race discrimination under Title VII and 42 U.S.C. § 1981 and to add two named Plaintiffs, Roger Harris and Arthur Inness. Defendants object to the Motion to Amend on the ground that as to Plaintiffs Woods, Smith and Molla, their claims in this lawsuit

duplicate claims made in Civil Action No. 04-cv-01724-JLK-MEH and, on that basis, Defendant has filed its dispositive motion in this case.

**II.     Discussion**

Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Fed.R.Civ.P. 15(a). Once a responsive pleading is filed, a party may amend its complaint only by leave of the court or by written consent of the adverse party. *Id.; Foman v. Davis,* 371 U.S. 178, 182 (1962). The grant or denial of leave is committed to the discretion of the district court. *See Duncan v. Manager, Dep't of Safety, City and County of Denver*, 397 F.3d 1300, 1315 (10th Cir. 2005). The Court must heed Rule 15's mandate that leave is to be "freely given when justice so requires." Fed. R. Civ. P. 15(a); *Foman,* 371 U.S. at 182; *Duncan*, 397 F.3d at 1315. "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." *Foman,* 371 U.S. at 182. Leave to amend should be refused "only on a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Duncan*, 397 F.3d at 1315; *see Foman,* 371 U.S. at 182.

Although not stated as such, Defendant essentially asserts that the amended complaint is futile, because Plaintiffs are attempting to bring the same claim in two different cases against the same defendant. However, this is an issue before the District Judge in this case, and an Order by this Court denying the Motion to Amend on that ground would be, in effect, a ruling that the Plaintiffs' claims *are* duplicated in the two actions. That is a matter for the District Judge to decide, and Defendant's dispute with the amended complaint will be, by its own admission, determined by the District Judge

upon a decision adjudicating the motion to dismiss and/or for summary judgment.

Therefore, the Court finds that Plaintiffs have established sufficient cause for amending their Complaint.

Finally, the Court admonishes Plaintiffs' counsel to comply fully with the requirements of Local Rule 7.1(A) prior to the filing of a motion.

### III.    Conclusion

Accordingly, for the reason stated above, it is hereby **ORDERED** that the Plaintiff's Motion to File Attached First Amended Complaint and Certificate of Compliance with D.COLO.LCivR 7.1(A) [Filed May 22, 2006; Docket #23] is **granted**, and the Clerk of the Court is directed to accept the proposed First Amended Complaint [Class Action] for filing.

Dated at Denver, Colorado, this 12th day of July, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge