IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02040-PSF-MEH

KEMAL WOODS;
QUINTON SMITH;
ASSEFA MOLLA; and
GIZACHEW GOSAYE,

        Plaintiff,

v.

AMPCO SYSTEM TRANSPORTATION, INC., a Colorado foreign corporation,

        Defendant.

---

## ORDER

---

        This matter is before the Court on the Magistrate Judge's Minute Order (Dkt. # 40),

entered August 9, 2006, which indicates that parties reached a settlement in this matter

on August 7, 2006.  In light of this settlement, Defendant's two Motions to Dismiss and/or

for Summary Judgment (Dkt. ## 9 and 35) are DENIED as moot.

        DATED: September 1, 2006

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge