IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02040-PSF-MEH

KEMAL WOODS, *et al.,*

      Plaintiffs,

vs.

AMPCO SYSTEM TRANSPORTATION, INC., *et al.*,

      Defendant.

## ORDER TO APPEAR

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 5, 2006.**

      The Court has been made aware of issues that have risen with the individually-named Plaintiffs in this case regarding the completion of settlement documents.  Plaintiffs' Counsel and all named Plaintiffs are hereby ordered to appear before the Court in person on **September 19, 2006, at 3:30 p.m.** in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.