IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02040-PSF-MEH

KEMAL WOODS, *et al.,*

      Plaintiffs,

vs.

AMPCO SYSTEM TRANSPORTATION, INC., *et al.*,

      Defendant.

## ORDER TO APPEAR

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 19, 2006.**

      Counsel for both parties and all named Plaintiffs residing in the greater Denver area are hereby ordered to appear before the Court in person on **November 1, 2006, at 8:30 a.m.** in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      Any named Plaintiffs or counsel who do not live in the Denver area are to be available by phone and are directed to contact Chambers at 303-844-4507 no later than October 30, 2006, to provide Chambers with the phone number at which they may be reached during these proceedings.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.