IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA

Courtroom Deputy: Bernique Abiakam  Date: November 1, 2006
Court Reporter: Darlene Martinez

Civil Action No.  05-cv-02040-PSF-MEH

*Parties:*  *Counsel:*

KEMAL WOODS, et al.,  Anne T. Sulton
  Greg A. Hall
    Plaintiffs,

v.

AMPCO SYSTEM TRANSPORTATION,  Susan S. Sperber
INC., et al.,

    Defendant,

_____

**COURTROOM MINUTES**
_____

MOTIONS HEARING

**10:57 a.m.    Court in session.**

Appearances of counsel.

Opening remarks by the Court.

Discussion regarding enforcement of settlement agreement.

**ORDERED:    Unopposed Motion to Withdraw as Counsel Of Record For Plaintiff Roger Harris (Filed 10/3/06; Doc. No. 50) is GRANTED.**

11:01 a.m.    Comments by plaintiff, Mr. Harris.  Questions by the Court.

*05-cv-02040-PSF-MEH*
*Motions Hearing*
*November 1, 2006*

| | |
|---|---|
| 11:07 a.m. | Argument by Ms. Sperber. |
| 11:14 a.m. | Argument by Ms. Sulton. |
| 11:18 a.m. | Further comments by Mr. Harris. Questions by the Court. |
| 11:29 a.m. | Further argument by Ms. Sperber. Questions by the Court. |
| 11:33 a.m. | Further argument/comments by Ms. Sulton. Questions by the Court. |
| 11:36 a.m. | Further argument by Ms. Sperber. Questions by the Court. |
| 11:38 a.m. | Comments by Mr. Hall. |
| 11:39 a.m. | Further comments by Mr. Harris. |

**ORDERED**: **Motion To Enforce Settlement, Entire Settlement Amount Immediately Be Paid, And Dismissal With Prejudice (Filed 9/30/06; Doc. No. 46)**; and **Attorneys Anne T. Sulton and Gregory Hall Unopposed Motion To Strike Docket Entry #47 (Filed 10/03/06; Doc. No. 49)**; and **AMPCO's Motion To Join Plaintiffs' Motion To Enforce Settlement, Cross-Motion For Enforcement as Against Plaintiff Roger Harris, Joint Motion For Consolidated Hearing (Filed 10/4/06; Doc. No. 58)**; and **Plaintiff Roger Harris' Motion (Filed 10/5/06; Doc. No. 61)**, are taken UNDER ADVISEMENT.

Counsel are directed to the Chambers of Magistrate Judge Hegarty, at the conclusion of today's hearing, to discuss any remaining avenues for resolution. If the Court has not heard from the parties, by noon on November 2, 2006, that any resolution has been reached, then Orders will be issued on the outstanding motions including the **Recommendation For Dismissal (Filed 9/25/06: Doc. No. 45)**.

11:42 a.m.   **Court in recess.**
Total in-court time: 45 minutes